IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01338-BNB

ALLEN T. WATKINS,

      Plaintiff,

v.

[NO NAMED DEFENDANT],

      Defendant.

---

## ORDER OF DISMISSAL

---

      Plaintiff, Allen T. Watkins, is a prisoner in the custody of the Colorado Department of Corrections at the Denver Reception and Diagnostic Center.  He attempted to initiate the instant action by submitting *pro se* a letter (ECF No. 1).  The Court reviewed the letter and determined it was deficient.  Therefore, on May 13, 2014, Magistrate Judge Boyd N. Boland entered an order (ECF No. 3) directing Mr. Watkins to cure certain enumerated deficiencies within thirty days if he wished to pursue his claims.

      The May 13 order pointed out that Mr. Watkins failed to submit either the $400.00 filing fee or a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the proper, Court-approved form.  The May 13 order also pointed out that Mr. Watkins failed to submit a Prisoner Complaint on the proper, Court-approved form.  The May 13 order directed Mr. Watkins to obtain, with the assistance of his case manager or the facility's legal assistant, the Court-approved forms for filing a Prisoner's

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.  The May 13 order warned him that the action would be dismissed without prejudice and without further notice if he failed to cure the designated deficiencies within thirty days.

Mr. Watkins has failed to cure the designated deficiencies within the time allowed and has failed otherwise to communicate with the Court.  Therefore, the action will be dismissed without prejudice for Mr. Watkins' failure to cure the designated deficiencies as directed within the time allowed and for his failure to prosecute.

Finally, the Court certifies pursuant to § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Mr. Watkins files a notice of appeal he also must pay the full $505.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Allen T. Watkins, to cure the deficiencies designated in the amended order to cure of May 13, 2014, within the time allowed, and for his failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.  It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this  20th  day of   June  , 2014.

BY THE COURT:


 s/Lewis T. Babcock                              
LEWIS T. BABCOCK
Senior Judge, United States District Court